UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE K. GODFREY, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; FPI MANAGEMENT, INC.; MID-AMERICA APARTMENT COMMUNITIES, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; and SECURITY PROPERTIES INC.,<br><br>Defendants. | No. 2:22-cv-01759<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff Michelle K. Godfrey ("Plaintiff") and Defendants RealPage, Inc., Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Essex Property Trust, Inc., and Thrive Communities Management, LLC (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on December 13, 2022. ECF No. 1;

WHEREAS, Plaintiff served the Stipulating Defendants with process on or about March 16, 17, and 20, 2023;

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

WHEREAS, Plaintiff has not yet served defendant Security Properties Inc.;

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in United States District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer this case and several other cases to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings, captioned *IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II)* (*"In re: RealPage"*), MDL No. 3071 ("MDL Petition");

WHEREAS, on March 30, 2023, the JPML heard oral argument for the MDL Petition in *In re: RealPage*;

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agreed that, in light of the pending MDL Petition, the outcome of which will likely affect the procedural posture of this action, party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including: *Bertlshofer v. RealPage, Inc. et al.*, No. 2:23-cv-00018 (D. Ariz.), *Enders v. RealPage, Inc. et al.*, No. 1:23-cv-00055 (D. Colo.), *Mackie v. RealPage, Inc. et al.*, No. 1:23-cv-00011 (D. Colo.), *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Kramer v. RealPage, Inc. et al.*, No. 1:22-cv-03835 (D.D.C.), *Parker et al. v.*

*RealPage, Inc. et al.*, No. 1:23-cv-20160 (S.D. Fla.), *Precht v. RealPage, Inc. et al.*, No. 1:22-cv-12230 (D. Mass.), *White v. RealPage, Inc. et al.*, No. 1:22-cv-12134 (D. Mass), *Watters v. RealPage, Inc. et al.*, No. 3:22-cv-01082 (M.D. Tenn.), *Carter v. RealPage Inc. et al.*, No. 1:22-cv-01332 (W.D. Tex.), *Vincin v. RealPage, Inc. et al.*, No. 1:22-cv-01329 (W.D. Tex.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.), *Boelens v. RealPage, Inc. et al.*, No. 2:22-cv-01802 (W.D. Wash.), *Bohn et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01743 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Crook v. RealPage, Inc. et al.*, No. 2:23-cv-00054 (W.D. Wash.), *Hardie v. RealPage, Inc. et al.*, No. 2:23-cv-00059 (W.D. Wash.), *Johnson v. RealPage, Inc. et al.*, No. 2:22-cv-01734 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Pham et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01744 (W.D. Wash.), and *Silverman et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01740 (W.D. Wash.);

WHEREAS, in making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadlines for the Plaintiff to file an amended consolidated complaint, and for Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint, and request that the Court enter the subjoined order pursuant to this stipulation.

1
2          STIPULATED to this 6th day of April 2023
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

4

We certify that this memorandum contains 776 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| /s/ Steve W. Berman | /s/ Heidi Bradley |
| Steve W. Berman (WSB No. 12536) | Heidi Bradley (WSBA No. 35759) |
| steve@hbsslaw.com | hbradley@bradleybernsteinllp.com |
| Breanna Van Engelen (WSB No. 49213) | BRADLEY BERNSTEIN SANDS LLP |
| breannav@hbsslaw.com | 113 Cherry Street, PMB 62056 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Seattle, Washington 98104-2205 |
| 1301 Second Avenue, Suite 2000 | Telephone: (206) 337-6551 |
| Seattle, WA 98101 | |
| Telephone: (206) 623-7292 | Darin Sands (WSBA No. 35865) |
| | dsands@bradleybernsteinllp.com |
| *Counsel for Plaintiff Michelle K. Godfrey Individually and on Behalf of All Others Similarly Situated* | BRADLEY BERNSTEIN SANDS LLP |
| | 1425 SW 20th Ave., Suite 201 |
| | Portland, OR 97201 |
| | Telephone: (503) 734-2480 |
| /s/ Jessica B. Jensen | /s/ Stephen Weissman |
| Jessica B. Jensen (WSBA No. 29353) | Stephen Weissman (*pro hac vice*) |
| jjensen@omwlaw.com | sweissman@gibsondunn.com |
| Mary Re Knack (WSBA No. 26945) | Michael J. Perry (*pro hac vice* forthcoming) |
| rknack@omwlaw.com | mjperry@gibsondunn.com |
| OGDEN MURPHY WALLACE, PLLC | GIBSON, DUNN & CRUTCHER LLP |
| 901 5th Ave, Suite 3500 | 1050 Connecticut Avenue, NW |
| Seattle, WA 98164 | Washington, DC 20036 |
| Telephone: (206) 447-7000 | Telephone: (202) 955-8678 |
| /s/ Gregory J. Casas | |
| Gregory J. Casas (*pro hac vice* forthcoming) | Daniel G. Swanson (*pro hac vice* forthcoming) |
| casasg@gtlaw.com | dswanson@gibsondunn.com |
| GREENBERG TRAURIG, LLP | Jay Srinivasan (*pro hac vice* forthcoming) |
| 300 West 6th Street, Suite 2050 | jsrinivasan@gibsondunn.com |
| Austin, TX 78701-4052 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (512) 320-7200 | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| Robert J. Herrington (*pro hac vice* forthcoming) | Telephone: (213) 229-7430 |
| HerringtonR@gtlaw.com | |
| GREENBERG TRAURIG, LLP | Stephen C. Whittaker (*pro hac vice* forthcoming) |
| 1840 Century Park East, Suite 1900 | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90067 | 1361 Michelson Drive |
| Telephone: (310) 586-7700 | Irvine, CA 92612 |
| Becky L. Caruso (*pro hac vice* forthcoming) | Telephone: (212) 351-2671 |
| Becky.caruso@gtlaw.com | |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

5

GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*Counsel for Defendant Lincoln Property Co.*

/s/ *Maren R. Norton*
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

/s/ *Charles H. Samel*
Charles H. Samel (*pro hac vice* forthcoming)
Charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
Ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

/s/ *Carl W. Hittinger*
Carl W. Hittinger (*pro hac vice* forthcoming)
chittinger@bakerlaw.com
Alyse Stach (*pro hac vice* forthcoming)
astach@bakerlaw.com
Tyson Herrold (*pro hac vice* forthcoming)
therrold@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market St., Suite 3300
Philadelphia, PA 19103
Telephone: (215) 568-2898

cwhittaker@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

/s/ *Britt M. Miller*
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ *Rebecca S. Ashbaugh*
Rebecca S. Ashbaugh (WSBA No. 38186)
bashbaugh@ahbaughbeal.com
ASHBAUGH BEAL LLP
4400 Columbia Tower
Seattle, WA 98104
Telephone: (206) 386-5900

/s/ *James Kress*
James Kress (*pro hac vice* forthcoming)
James.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
Paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7700

Danny David (*pro hac vice* forthcoming)
Danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1234

*Counsel for Defendant Avenue5 Residential, LLC*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

| | |
|---|---|
| Curt Roy Hineline (WSBA No. 16317)<br>chineline@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104<br>Telephone: (206) 33201380<br><br>*Counsel for Defendant Equity Residential*<br><br>/s/ *Benjamin I. VandenBerghe*<br>Benjamin I. VandenBerghe (WSBA No. 35477)<br>biv@montgomerypurdue.com<br>Kaya Lurie (WSBA No. 51419)<br>klurie@montgomerypurdue.com<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104<br>Telephone: (206) 682-7090<br><br>*Counsel for Defendant Thrive Communities Management, LLC* | /s/ *Leo D. Caseria*<br>Leo D. Caseria (*pro hac vice* forthcoming)<br>lcaseria@sheppardmullin.com<br>Helen C. Eckert (WSBA No. 52405)<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC, 20006<br>Telephone: (202) 747-1925<br><br>/s/ *Arman Oruc*<br>Arman Oruc (*pro hac vice* forthcoming)<br>aoruc@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br><br>*Counsel for Defendant Essex Property Trust, Inc.* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01759

7

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Essex Property Trust, Inc., and Thrive Communities Management, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Dated this 7th day of April, 2023.

*[signature]*

Robert S. Lasnik
United States District Judge